Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 SEP 25  AM 11:49
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
District of Nebraksa

Civil Division

Susanne Becker

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Matthew Kacsmaryk

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 8:23CV420
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☒ No

RECEIVED
SEP 2 5 2023
CLERK
U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Susanne Becker |
| Address | 50965 County Road 27 |
| | Scottsbluff, NE 69361 |
| County | Scotts Bluff |
| Telephone Number | 308-631-7366 |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Matthew Kacsmaryk |
| Job or Title (if known) | Federal Judge of Northern Texas Amarillo |
| Address | 205 SE 5th STReet |
| | Amarillo, TX 79101-1559 |
| County | Potter |
| Telephone Number | 806-468-3800 |
| E-Mail Address (if known) | |

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Address | |
| | |
| County | |
| Telephone Number | |
| E-Mail Address (if known) | |

☐ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

    _____ _____ _____
    City            State           Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

    _____ _____ _____
    City            State           Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    First Amendement and the civil rights act of 1964

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

my rights to freedom of speech based a Judge should not turn away a court case of words being said.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Judge has a duty to uphold the law and rules not Judge based on words being used to through anxiety in any form. A Judge duty is not a clerk's duty which is unequal application of the law.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

I filed a lawsuit in Northern Texas because of the clerks in Nebraska would not given me full access to the orginal orders and email me after the orginal orders were given that i had to pick and choose which was against the orginal orders of the Judge.

B. What date and approximate time did the events giving rise to your claim(s) occur?

During the spring, summer and fall time of 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Texas Judge Matthew Kacsmaryk first order said they where going to sanction me for filing electonically and I said I mailed my complaint in and the would be under the NON_ELECTRONICALLY filing system ad within that order I was order to show up on Sept 13, 2023 and then I got another order saying; Sept 20, 2023 then I motion for my hearing over the phone and the cour order that if i can not show up in person then he will deny my complaint which Texas Federal Rules doesn't say that I can not have a phone call to the court and then the Judge said in a lot of words I was rude in my words. I request medical based on the facts that after February 11, 2023 i have had the condition of speech loudly and rudely as a effect to protect myself because I have not had a sense of secuity since I believe my ex-husband tried to kill me on Febraury 11, 2023 early in the morning when I was in FEDERAL UNIFORM WITH THE USPS. So, I believe i have a conition of tourette's when provoked.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

By Matthew Kacsmaryk, I believe that the Nebraska Federal clerks would still be violating my efiling orders given by the Nebraska Judge and that my First Amendment is no longer in the U.S. Constition and and I will be Judged more because my condition is medical related by the nervous system disorder. I request in motion for the federal Texas Judge to order me medical exam, reeducation, and anything that would help me improve my useage of words which would also cost me to see specialist in other cities and states. Plus, I said I would show up to the court date but I AM a poor woman that would need per diem and a clothes that go by the TEXAS Judge Dresscode in his court.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

i pray the Nebraska Federal court will see that my condtion started in Amarillo, Texas and I believe that the Federal Judge's orders have cause my condition to get worse and therefore I am asking this court or order the Texas Judge to pay for my medical exams, my travel stays, my clothing cost, my food, my housing and what ever theNebraska Judge feels is nessary for my recovery. By the Texas Judge denying my orders based on my words i use and making it a requirement to show up when the Texas Judge know full while I am Poor shows Matthew Kacsmaryk the Texas Judge was prejudice in is orders and has damage my mental health and he knows that by denying me medical exams he allowing my condition to keep happen which is a cruel and is mentally abusive. I believe because Matthew Kacsmaryk orders for Sept 20, 2023 court hearing was over the top because Federal Texas court should try everything he had phone, emails, efiling or the usps to communcated a brief hearing but do to the FACT he was discrimmuating based on my WORDS or forming of sentences or how I speak Matthew Kacsmaryk and his Federal northern District has cause a great gerviance to happen which connects to the multiple people and multiple court cases that would make me to be out of 105 million dollars.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 20, 2023

Signature of Plaintiff: S/Susanne Becker
Printed Name of Plaintiff: Susanne Becker

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

BECKER
50945 CR 27
Scottsbluff, NE
69361

NORTH PLATTE NE 691
21 SEP 2023 P 1 L

U.S. District Court
Roman L. Hruska U.S. courthouse
111 S. 18th Plaza Suite 1152
Omaha, NE 68102-1322

RECEIVED
SEP 25 2023
CLERK
U.S. DISTRICT COURT

68102$1322