IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE BECKER,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW KACSMARYK,<br><br>Defendant. | **8:23CV420**<br><br>**JUDGMENT** |

This case is dismissed without prejudice for the reasons discussed in the Memorandum and Order entered on this date.

Dated this 9th day of April, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge